**Order entered August 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01099-CV

### IN RE JAMES LATIMER, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-51478-2009**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition. We **ORDER** relator to

bear the costs of this original proceeding.

/s/     DAVID EVANS
        JUSTICE